Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Office Number:            (619) 233-7770
Office Fax Number:      (619) 297-1022

*Attorneys for Plaintiff,*
Mary Walters

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mary Walters,<br><br>                Plaintiff,<br><br>v.<br><br>Alliance One Receivables Management, Inc.<br><br>                Defendant. | **CASE NO: 5:17-cv-00704-ODW-DTB**<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Plaintiff anticipates filing a Request for Dismissal of this action in its entirety with prejudice within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after January 2, 2018 for filing a Request for Dismissal.

Respectfully submitted,

Date: October 31, 2017          **Hyde & Swigart**

By: s/ Crosby Connolly
Crosby S. Connolly, Esq.
*Attorneys for Plaintiff*